JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CV 16-1471 FMO (AGRx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| $40,000 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Re: Motion for Default Judgment filed contemporaneously herewith, IT IS ADJUDGED that:

1. Judgment shall be entered in favor of plaintiff forfeiting the $40,000.00 in U.S. currency to plaintiff, which shall be disposed in the manner required by law.

2. Plaintiff shall serve known potential claimants with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 13th day of July, 2016.

/s/
Fernando M. Olguin
United States District Judge